1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID PONCE,                            Case No.  1:21-cv-01110-AWI-BAM

12              Plaintiff,                    **ORDER REGARDING PLAINTIFF'S**
                                             **NOTICE OF VOLUNTARY DISMISSAL**
13        v.
                                             (Doc.  5)
14   HANFORD POLICE DEPARTMENT K-9
     UNIT,
15
                Defendant.
16

17

18        Plaintiff David Ponce ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma*

19   *pauperis* in the instant civil rights action.  (Doc. 1.)

20        Currently before the Court is Plaintiff's motion to dismiss this duplicative action filed on

21   September 20, 2021.  (Doc. 5.)  The Court construes the motion to dismiss as a request for

22   voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Under Rule

23   41(a)(1)(A)(i), "a plaintiff has an absolute right to voluntarily dismiss his action prior to service

24   by the defendant of an answer or a motion for summary judgment.*" Commercial Space Mgmt.*

25   *Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation

26   omitted).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the

27   parties are left as though no action had been brought, the defendant can't complain, and the

28

                                             1

district court lacks jurisdiction to do anything about it." *Id.* at 1078.  No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is DIRECTED to terminate all pending motions and deadlines, and to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **September 22, 2021**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2